## Le Roy ROBBINS v. STATE.
### No. 16341.

Court of Criminal Appeals of Texas.
Nov. 8, 1933.

W. H. Blanton, of Gonzales, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, twenty-five years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear to be regular, and the judgment will be affirmed.